STATE OF NEBRASKA, APPELLEE, v. LONNIE C. NORMAN, APPELLANT.

209 N. W. 2d 186

Filed June 29, 1973. No. 38914.

Holtorf, Hansen, Kovarik & Nuttleman, for appellant.

Clarence A. H. Meyer, Attorney General, and Calvin E. Robinson, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON. JJ.

WHITE, C. J.

This case is controlled by the opinion in State v. Watkins, post p. 450, 209 N. W. 2d 184.

The judgment and sentence of the District Court are correct and are affirmed.

AFFIRMED.